# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **CEDRIC LLAWENLLYN SURRATT,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-cv-00074-MR |
| | ) | 1:12-cr-00055-MR-DLH |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 22, 2018 Memorandum of Decision and Order.

May 22, 2018

*[Signature]*

Frank G. Johns, Clerk
United States District Court